**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| MEDICAL MUTUAL INSURANCE COMPANY OF NORTH CAROLINA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:20-cv-822–HEH |
| REBECCA ALEJANDRINO LITTAUA, M.D., *et. al*, | ) | |
| Defendants. | ) | |

**ORDER**
**(Granting Motion to Dismiss and Denying Motion for Summary Judgment as Moot)**

THIS MATTER is before the Court on Defendant Kyung Chun Yeon's Motion to Dismiss, filed on November 20, 2020 (ECF No. 8). For the reasons set forth in the accompanying Memorandum Opinion, the Motion is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE. Accordingly, the Motion for Summary Judgment filed by Defendants Rebecca Alejandrino Littaua, M.D. and Tri-Cities Infectious Disease Associates, P.C. (ECF No. 21) is DENIED AS MOOT.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

This case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Feb. 17, 2021
Richmond, Virginia