**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| **MEDICAL MUTUAL INSURANCE COMPANY OF NORTH CAROLINA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No.: 3:20-cv-00822-HEH** |
| **REBECCA ALEJANDRINO LITTAUA, M.D.** ***et al.*** | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Medical Mutual Insurance Company of North Carolina in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order [ECF No. 26] granting Defendant Kyung Chun Yeon's Motion to Dismiss, which was entered in this action on February 17, 2021.

Date: February 23, 2021

Respectfully submitted,

MEDICAL MUTUAL INSURANCE
COMPANY OF NORTH CAROLINA
By Counsel

/s/ Danny M. Howell

Danny M. Howell (VSB No. 30352)
danny@dmhowelllaw.com
Robert Jackson Martin, IV (VSB No. 80655)
jackson@dmhowelllaw.com
Jennifer L. Rowlett (VSB No. 81373)
jennifer@dmhowelllaw.com
Law Offices of Danny M. Howell, PLLC
6861 Elm Street, Suite 3D
McLean, VA 22101
Phone: (703) 556-8900
Fax: (703) 237-1224

*Counsel for Medical Mutual Insurance Company of North Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, February 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to all Counsel of Record.

/s/ Danny M. Howell
Danny M. Howell