FILED: May 23, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 21-1215
(3:20-cv-00822-HEH)

---

MEDICAL MUTUAL INSURANCE COMPANY OF NORTH CAROLINA

Plaintiff - Appellant

v.

REBECCA ALEJANDRINO LITTAUA; TRI-CITIES INFECTIOUS DISEASE ASSOCIATES, P.C.; KYUNG CHUN YEON

Defendants - Appellees

---

J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK